January 22, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MARY RIGGINS, Appellant

NO. 14-13-00604-CV                        V.

RONALD E. HILL, LINDA C. HILL, WEST COLUMBIA PLAZA, LTD., AND
LUCKY LINDY DEVELOPMENT, Appellees

_____

We order that the court's former judgment of December 23, 2014, be vacated, set aside, and annulled. We further order this court's Memorandum Opinion of December 23, 2014, withdrawn. This cause, an appeal from a final order signed on April 9, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**. We further conclude that this appeal is frivolous and that, under Texas Rule of Appellate Procedure 45, appellees should be awarded just damages against VERONICA L. DAVIS, counsel for appellant MARY RIGGINS. We therefore order that VERONICA L. DAVIS pay to appellees RONALD E. HILL, LINDA C. HILL, WEST COLUMBIA PLAZA, LTD., AND LUCKY LINDY DEVELOPMENT $12,336.78 as just damages under Rule 45. We further order appellant MARY RIGGINS to pay all costs incurred in this appeal. We further order this decision certified below for observance.